IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-cv-00068-RJC-DCK

JOHN A. OLAGUES and RAY WOLLNEY,

    Plaintiffs,

    v.

JEROME PERIBERE and SEALED AIR CORPORATION,

    Defendants.

NOTICE OF RESUBMISSION OF REPLY

In response to Plaintiffs' Amended Response (Doc. No. 15), filed on September 25, 2017, Defendants Jerome Peribere and Sealed Air Corporation respectfully incorporate by reference and resubmit their Reply Brief in Support of Defendants' Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Amended Complaint (Doc. No. 14), filed on September 22, 2017 (the "Initial Reply Brief"). As Defendants understand, Plaintiffs' Amended Response only adds Plaintiff Wollney's signature, and does not raise or alter any substantive discussion of the original Response (*see* Doc. No. 12). Consequently, Defendants' Initial Reply Brief, attached hereto as "**Exhibit A**," adequately responds to the Amended Response.

Respectfully submitted, this the 2nd day of October, 2017.

                NEXSEN PRUET PLLC

                By: /s/ Kathleen D.B. Burchette
                    James C. Smith, N.C. Bar No. 8510
                    Kathleen D.B. Burchette, N.C. Bar No. 45891
                    227 West Trade Street
                    Suite 1550
                    Charlotte, NC 28202
                    Telephone: 704.339.0304
                    Email: jsmith@nexsenpruet.com
                           kburchette@nexsenpruet.com
                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel NOTICE OF RESUBMISSION OF REPLY upon the Plaintiffs by depositing copies of same in the United States mail, postage prepaid, addressed to:

John A. Olagues
413 Sauve Road
River Ridge, LA 70123

Ray Wollney
8331 Whiskey Preserve Circle #421
Fort Myers, FL 33919

This 2nd day of October, 2017

/s/ Kathleen D.B. Burchette
Kathleen D.B. Burchette