IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-068-RJC-DCK

| | |
|---|---|
| JOHN A OLAGUES and RAY WOLLNEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| JEROME PERIBERE and SEALED AIR CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion For Extension Of The Dispositive Motions Deadline" (Document No. 17) filed December 27, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For Extension Of The Dispositive Motions Deadline" (Document No. 17) is **GRANTED**. Defendants shall have up to and including twenty-one (21) days following the Court's disposition of the pending "Defendants' Rule 12(c) Motion For Judgment On The Pleadings …" (Document No. 10).

Signed: December 29, 2017

David C. Keesler
United States Magistrate Judge